IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRMONT ORTHOPEDICS & SPORTS MEDICINE, P.A., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. _____<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Plaintiff, Fairmont Orthopedics & Sports Medicine, P.A., (a nongovernmental corporate party) makes the following disclosure on behalf of said party:

1. The party does not have a parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ David W. Gregory
James L. Holzman (DE Bar #663)
David W. Gregory (DE Bar #4408)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6509
jlholzman@prickett.com
dwgregory@prickett.com
*Attorneys for Plaintiff Fairmont Orthopedics & Sports Medicine, P.A.*

19684.1\280201v1

OF COUNSEL:

GUSTAFSON GLUEK PLLC
Dan E. Gustafson
Jason S. Kilene
725 Northstar East
608 Second Ave S
Minneapolis, MN 55402
Phone (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com

Dated: July 22, 2005