### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

FAIRMONT ORTHOPEDICS & SPORTS )
MEDICINE, P.A., on behalf of itself and all )
others similarly situated, )
 )
 )
   Plaintiff, )
 ) C. A. No. 05-519
 )
  v. )
 )
INTEL CORPORATION, )
 )
   Defendant. )

### STIPULATED ORDER FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Plaintiff Fairmont Orthopedics & Sports Medicine, P.A., and Defendant Intel

Corporation hereby stipulate that Intel Corporation's responses to Plaintiff's complaint

shall be due either (1) the earlier of 60 days after transfer of the above-captioned cases

pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. §

1407 or such time for response that the transferee Court may require for any action made

part of the same MDL, or (2) 45 days after any such motion has been denied. No prior

extensions of time have been sought or granted.

PRICKETT, JONES & ELLIOTT, P.A.  POTTER ANDERSON & CORROON LLP

By: /s/ James L. Holzman     By: _____
  James L. Holzman (#663)    Richard L. Horwitz (#2246)
  D.W. Gregory (#4408)     W. Harding Drane, Jr. (#1023)
  1310 King Street      Hercules Plaza
  P.O. Box 1328       1313 N. Market Street
  Wilmington, DE 19899     P.O. Box 951
  Telephone: (302) 888-6500    Wilmington, DE 19801
  jholzman@prickett.com     Telephone: (302) 984-6000
  dwgregory@prickett.com    Facsimile: (302) 658-1192
            rhorwitz@potteranderson.com
            wdrane@potteranderson.com

OF COUNSEL:

GUSTAFSON GLUEK PLLC
Dan E. Gustafson
Jason S. Kilene
725 Northstar East
608 Second Ave. S.
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622


Attorneys for Plaintiff
FAIRMONT ORTHOPEDICS & SPORTS
MEDICINE, P.A.,

OF COUNSEL:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

693777


SO ORDERED this ____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

2